# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## KA06-776

**STATE OF LOUISIANA**

**VERSUS**

**KEVIN BROUSSARD**

**********

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 03-1884
HONORABLE KEITH RAYNE JULES COMEAUX

**********

## MICHAEL G. SULLIVAN
## JUDGE

**********

Court composed of John D. Saunders, Michael G. Sullivan, and James T. Genovese, Judges.

**APPEAL DISMISSED. APPELLANT ALLOWED THIRTY DAYS FROM DATE OF DECISION TO FILE AN APPLICATION FOR SUPERVISORY WRITS.**

**Hon. J. Phillip Haney**
**District Attorney**
**300 Iberia Street, Suite 200**
**New Iberia, LA 70560**
**(337) 369-4420**
**COUNSEL FOR APPELLEE:**
    **State of Louisiana**

**Anthony Jerome Fontana, Jr.**
**Attorney at Law**
**210 N. Washington Street**
**Abbeville, LA 70510**
**(337) 898-8332**
**COUNSEL FOR APPELLANT:**
    **Kevin Broussard**

**Sullivan, J.**

The judgment at issue herein is not appealable pursuant to La.Code Crim.P. art. 912.1; therefore, the appeal in the above-captioned case is dismissed. Kevin Broussard, Appellant, is hereby permitted to file a proper application for writs in compliance with Uniform Rules—Courts of Appeal, Rule 4, no later than thirty days from date of this decision. The Appellant is not required to file a notice of intent to seek writs or obtain an order setting a return date pursuant to Uniform Rules—Courts of Appeal, Rule 4-3, as we hereby construe the motion for appeal as a timely filed notice of intent to seek a supervisory writ.

Regarding Appellant's request for a stay, Appellant should apply to the trial court, pursuant to Uniform Rules—Courts of Appeal, Rule 4-4.

**APPEAL DISMISSED. APPELLANT ALLOWED THIRTY DAYS FROM DATE OF DECISION TO FILE AN APPLICATION FOR SUPERVISORY WRITS.**